IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISHMAEL ALI BURK, | No. 1:20-CV-02179 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MS. LONG, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 10th day of June 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 56) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** in part and **DENIED** in part, as follows:

    a. Defendants' motion is **GRANTED** as to Burk's First and Second Amendment claims as against all Defendants. Those Section 1983 claims will be dismissed with prejudice.

    b. Defendants' motion is **DENIED** in all other respects.

2. This case will proceed on the following Eighth Amendment claims: (1) failure to protect against Long; (2) deliberate indifference to serious medical needs against Long and Fisher; and (3) excessive force against Fisher and Miller.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge