IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISHMAEL ALI BURK, | No. 1:20-CV-02179 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MS. LONG, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 31st day of October 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motions (Docs. 98, 116) for summary judgment pursuant to Federal Rule of Civil Procedure 56 are **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendants "Ms. Long," "D. Fisher," and "Benjamin Miller, Administrator of the estate of Joseph Miller" and against plaintiff Ishmael Ali Burk as to all remaining Section 1983 Eighth Amendment claims.

3. The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge